(July 6, 1959)

The People of the State of New York, Respondent, v. Herbert Borum, Appellant.— Motion for leave to appeal as a poor person and for other relief denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.